# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:23-cr-00343-DSD-DLM-1

| | |
|---|---|
| Case title: USA v. Jones | Date Filed: 11/14/2023 |

Assigned to: Judge David S. Doty
Referred to: Magistrate Judge Douglas L. Micko

### Defendant (1)

| | | |
|---|---|---|
| **William Jones**<br>*also known as*<br>Bill Jones<br>*also known as*<br>Will Jones | represented by | **Aaron J Morrison**<br>Office of the Federal Defender<br>300 South Fourth Street<br>Ste 107<br>Minneapolis, MN 55415<br>612-664-5858<br>Email: aaron_morrison@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612-664-5858<br>Fax: 612-664-5850<br>Email: katherian_roe@fd.org<br>*TERMINATED: 02/27/2024*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2119(1) ATTEMPTED CARJACKING<br>(1) | |
| 18:922(g)(1) and 924(a)(8) FELON IN POSSESSION OF A FIREARM<br>(2-3) | |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Michael Patrick McBride**<br>DOJ-USAO<br>300 South Fourth Street<br>Ste 600<br>Minneapolis, MN 55415<br>612-508-9732<br>Email: michael.mcbride@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2023 | [1](#) | INDICTMENT (Unsealed 2/26/2024) assigned to Judge David S. Doty referred to Magistrate Judge Douglas L. Micko by USA Mike McBride as to William Jones (1) counts 1, 2-3. Forfeiture allegations as to this indictment. (ACH) Document QCd on 11/15/2023 (MMG). Modified text on 2/26/2024 (ALN). (Entered: 11/15/2023) |
| 11/14/2023 | [2](#) | Defendant Information Sheet as to William Jones. (Attachments: # [1](#) Original Signature Page) (ACH) Document QCd on 11/15/2023 (MMG). (Entered: 11/15/2023) |
| 11/14/2023 | [3](#) | Bench Warrant Issued as to William Jones by Judge John R. Tunheim. (ACH) (Entered: 11/15/2023) |
| 11/14/2023 | 4 | Oral MOTION to Seal pursuant to LR 49.1 the Indictment be sealed and remain sealed until the defendants have had their first appearance by USA as to William Jones. (ACH) (Entered: 11/15/2023) |
| 11/14/2023 | 5 | Oral ORDER granting 4 Motion to Seal pursuant to Rule 49.1(d) of the Local Rules for the District of Minnesota, the indictments proposed to be filed under seal be so filed and remain sealed until the defendant make his/her initial appearance before the court as to William Jones (1). Ordered by Judge John R. Tunheim on 11/14/2023. (ACH) (Entered: 11/15/2023) |
| 02/26/2024 | [6](#) | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Initial Appearance as to William Jones held on 2/26/2024. Counsel to be appointed. Defendant ordered temporarily detained. Arraignment and Detention Hearing set for 2/29/2024 at 10:00 AM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. Government moves to unseal the case. Granted. (Digital Recording) (ALN) (Entered: 02/26/2024) |

| | | |
|---|---|---|
| 02/26/2024 | 7 | ORDER OF PRELIMINARY DETENTION as to William Jones. Arraignment and Detention Hearing set for 2/29/2024 at 10:00 AM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. Signed by Magistrate Judge Douglas L. Micko on 2/26/2024. (ALN) (Entered: 02/26/2024) |
| 02/27/2024 | 9 | NOTICE OF ATTORNEY APPEARANCE for William Jones. (Morrison, Aaron) (Entered: 02/27/2024) |
| 02/29/2024 | 10 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Arraignment as to William Jones (1) Count 1,2-3 held on 2/29/2024. Counsel present. Not Guilty Plea Entered. Counsel to be notified of additional dates by separate Order to be issued. (Court Reporter Paula Richter) (ALN) (Entered: 02/29/2024) |
| 02/29/2024 | 11 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Detention Hearing as to William Jones held on 2/29/2024. Counsel present. Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release. Defendant arraigned, see arraignment minutes and order. (Court Reporter Paula Richter) (ALN) (Entered: 02/29/2024) |
| 02/29/2024 | 12 | ORDER Setting Conditions of Release as to William Jones. Signed by Magistrate Judge Douglas L. Micko on 2/29/2024. (ALN) Document QC'd on 3/12/2024 (NAH). (Entered: 02/29/2024) |
| 02/29/2024 | 13 | Personal Recognizance Bond Entered as to William Jones. Signed by Magistrate Judge Douglas L. Micko on 2/29/2024. (ALN) Document QC'd on 3/12/2024 (NAH). (Entered: 02/29/2024) |
| 02/29/2024 | 14 | ARRAIGNMENT ORDER. Government Disclosure due by 3/7/2024. Defendant Disclosure due by 3/14/2024. Motions due by 3/21/2024. Responses due by 4/4/2024. Notice of Intent to Call Witness due by 4/4/2024. Response to Notice of Intent to Call Witness due by 4/7/2024. Motion Hearing set for 4/17/2024 at 01:30 PM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. (Voir Dire due 5/2/2024. Jury Trial set for 5/9/2024 before Judge David S. Doty.) Signed by Magistrate Judge Douglas L. Micko on 2/29/2024. (AEF) Attachment L.R. 12.1 Modified text on 2/29/2024 (MMP). (Entered: 02/29/2024) |
| 03/04/2024 | 15 | Proposed Petition re: Violation of Pretrial Release as to William Jones. Requesting a warrant to be issued. (KAS) (Entered: 03/04/2024) |
| 03/04/2024 | 16 | ORDER granting 15 Petition re: Violation of Pretrial Release as to William Jones (1). Signed by Magistrate Judge Douglas L. Micko on 3/1/2024. cc: USMS Clerk to issue warrant. (JAM) (Entered: 03/04/2024) |
| 03/04/2024 | 18 | Bench Warrant Issued as to William Jones by Magistrate Judge Douglas L. Micko. (kt) (Entered: 03/04/2024) |
| 03/04/2024 | 19 | Violation Report on Pretrial Release: Warrant Requested as to William Jones. (MAV) (Entered: 03/04/2024) |
| 03/04/2024 | 20 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Initial Appearance re Revocation of Pretrial Release as to William Jones held on 3/4/2024. Government moves for detention. Motion is granted, temporary detention ordered. Detention Hearing and Bond Revocation Hearing set for 3/7/2024 at 10:00 AM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko.) (Digital Recording) (JAM) Modified text on 3/4/2024 (LEG). (Entered: 03/04/2024) |
| 03/04/2024 | 21 | ORDER OF PRELIMINARY DETENTION as to William Jones. Detention/bond revocation Hearing set for 3/7/2024 at 10:00 AM in Courtroom 6B (STP) before |

Case 2:24-mj-00952-NJ     Filed 12/31/24     Page 3 of 6     Document 1

| | | |
|---|---|---|
| | | Magistrate Judge Douglas L. Micko. Signed by Magistrate Judge Douglas L. Micko on 3/4/2024. (JAM) Modified text on 3/5/2024 (JAM). (Entered: 03/04/2024) |
| 03/07/2024 | 22 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Bond Revocation and Detention Hearing as to William Jones held on 3/7/2024. Counsel present. Deft Ordered Detained - Govt to submit proposed order. Probable cause found. Deft bound over to District Court of Minnesota. (Court Reporter Paula Richter) (NAH) (Entered: 03/07/2024) |
| 03/11/2024 | 23 | ORDER OF DETENTION as to William Jones. Signed by Magistrate Judge Douglas L. Micko on 3/11/2024. (ALN) (Entered: 03/11/2024) |
| 03/12/2024 | 24 | Bench Warrant Returned Executed on 2/22/2024 as to William Jones. (ACH) Document QCd on 3/26/2024 (MMG). (Entered: 03/12/2024) |
| 03/12/2024 | 25 | Bench Warrant Returned Executed on 3/2/2024 as to William Jones. (ACH) Document QCd on 3/26/2024 (MMG). (Entered: 03/12/2024) |
| 03/21/2024 | 26 | MOTION to Retain Rough Notes by William Jones. (Morrison, Aaron) (Entered: 03/21/2024) |
| 03/21/2024 | 27 | MOTION to Dismiss 1 Indictment, *Counts 2 & 3* by William Jones. (Morrison, Aaron) (Entered: 03/21/2024) |
| 03/21/2024 | 28 | MOTION for Disclosure *of Rule 404(B)Evidence* by William Jones. (Morrison, Aaron) (Entered: 03/21/2024) |
| 04/04/2024 | 29 | RESPONSE to Motion by USA as to William Jones re 27 MOTION to Dismiss 1 Indictment, *Counts 2 & 3*, 26 MOTION to Retain Rough Notes , 28 MOTION for Disclosure *of Rule 404(B)Evidence* (McBride, Michael) (Entered: 04/04/2024) |
| 04/17/2024 | 30 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko:Motion Hearing as to William Jones held on 4/17/2024 re 27 MOTION to Dismiss 1 Indictment, *Counts 2 & 3*, 26 MOTION to Retain Rough Notes , 28 MOTION for Disclosure *of Rule 404(b) Evidence*. Non-dispositive motions 26, 28 taken under advisement 4/17/24; Order to be issued. Dispositive motion 27 taken under advisement 4/17/24; Report & Recommendation to be issued. R&R Issue Date 5/17/24. (Court Reporter Tim Willette) (AEF) (Entered: 04/17/2024) |
| 04/18/2024 | 31 | MOTION to Modify Conditions of Release *To Reconsider Release Conditions* by William Jones. (Morrison, Aaron) (Entered: 04/18/2024) |
| 04/18/2024 | 32 | ORDER granting Defendant's 26 Motion to Retain Rough Notes; and granting in part and denying in part Defendant's 28 Motion for Disclosure. Signed by Magistrate Judge Douglas L. Micko on 4/17/2024. (jme) (Entered: 04/18/2024) |
| 04/19/2024 | 33 | RESPONSE to Motion by USA as to William Jones re 31 MOTION to Modify Conditions of Release *To Reconsider Release Conditions* (McBride, Michael) (Entered: 04/19/2024) |
| 04/24/2024 | 34 | (Text-Only) ORDER/NOTICE. A Hearing on Defendant's 31 Motion to Reconsider Release Conditions is set for **5/13/2024 at 03:00 PM** in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. Ordered by Magistrate Judge Douglas L. Micko on 4/24/2024. (jme) (Entered: 04/24/2024) |
| 05/13/2024 | 35 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: granting 31 Motion to Modify Conditions of Release as to William Jones (1); Motion Hearing as to William Jones held on 5/13/2024 re 31 MOTION to Modify Conditions of Release *To Reconsider Release Conditions*. (Court Reporter Tim Willette) (AEF) (Entered: 05/13/2024) |

| | | |
|---|---|---|
| 05/13/2024 | 36 | ORDER Setting Conditions of Release as to William Jones. Signed by Magistrate Judge Douglas L. Micko on 5/13/2024. (NAH) (Entered: 05/13/2024) |
| 05/13/2024 | 37 | Personal Recognizance Bond Entered as to William Jones. Signed by Magistrate Judge Douglas L. Micko on 5/13/2024. (NAH) (Entered: 05/13/2024) |
| 05/17/2024 | 38 | REPORT AND RECOMMENDATION as to William Jones re: Motion to Dismiss 27 . Objections to R&R due by 5/31/2024. Responses to Objections to R&R due by 6/14/2024. Order on R&R Issue Date 7/15/2024. Signed by Magistrate Judge Douglas L. Micko on 5/17/2024. (jme) Modified text on 5/20/2024 (LEG). (Entered: 05/17/2024) |
| 05/31/2024 | 39 | OBJECTION TO 38 REPORT AND RECOMMENDATIONS by William Jones (Morrison, Aaron) (Entered: 05/31/2024) |
| 06/03/2024 | 40 | ORDER Adopt Report and Recommendation 38 Report and Recommendations as to William Jones (1). (Written Opinion) Signed by Judge David S. Doty on 6/3/2024. (KAD) (Entered: 06/03/2024) |
| 07/17/2024 | 41 | (Text-Only) NOTICE OF SETTING CHANGE OF PLEA as to William Jones. Change of Plea Hearing set for 7/23/2024 at 09:30 AM in Courtroom 12W (MPLS) before Judge David S. Doty. (KAD) (Entered: 07/17/2024) |
| 07/19/2024 | 42 | Release Status Report to the Court as to William Jones. (CNS) (Entered: 07/19/2024) |
| 07/23/2024 | 43 | Minute Entry for proceedings held before Judge David S. Doty: Change of Plea Hearing as to William Jones held on 7/23/2024. Plea entered by William Jones (1) Guilty Count 1. (Court Reporter Lori Simpson) (KAD) (Entered: 07/23/2024) |
| 07/23/2024 | 44 | PLEA AGREEMENT as to William Jones (MMP) (Entered: 07/23/2024) |
| 08/16/2024 | 45 | MOTION for Continuance *of Time Period to Conduct PSR Interview* by William Jones. (Morrison, Aaron) (Entered: 08/16/2024) |
| 08/19/2024 | 46 | (Text-Only) ORDER granting 45 Motion for Continuance as to William Jones (1). Ordered by Judge David S. Doty on 8/19/2024. (KAD) (Entered: 08/19/2024) |
| 09/04/2024 | 47 | MOTION to Modify Conditions of Release by William Jones. (Morrison, Aaron) (Entered: 09/04/2024) |
| 09/05/2024 | 48 | ORDER granting 47 Motion to Modify Conditions of Release as to William Jones (1). Signed by Magistrate Judge Douglas L. Micko on 9/5/2024. (jme) (Entered: 09/05/2024) |
| 09/18/2024 | 49 | Letter to the Court re: Preliminary Notice as to William Jones. (CNS) (Entered: 09/18/2024) |
| 09/18/2024 | 50 | PRELIMINARY PRESENTENCE REPORT as to William Jones (Restricted Document). *As this is a restricted filing, please be advised access for the applicable parties may be slightly delayed. If you are in fact an applicable party and lack document access within one hour of the filing during U.S. District Court business hours, please call the CM/ECF help desk for assistance at 612-664-5155.* (CNS) (Entered: 09/18/2024) |
| 09/19/2024 | 51 | NO OBJECTIONS to 50 Presentence Report/Addendum, by USA as to William Jones. (McBride, Michael) (Entered: 09/19/2024) |
| 09/27/2024 | 52 | (Text-Only) NOTICE of Setting Sentencing as to William Jones: Sentencing set for 11/5/2024 at 10:30 AM in Courtroom 12W (MPLS) before Judge David S. Doty. (KAD) (Entered: 09/27/2024) |
| 09/30/2024 | 56 | MOTION for Extension of Time to File Objections to Presentence Investigation Report by William Jones. (Morrison, Aaron) (Entered: 09/30/2024) |

| | | |
|---|---|---|
| 10/01/2024 | [57](#) | ORDER granting [56](#) Motion for Extension of Time to File Objections to Presentence Investigation Report as to William Jones (1). Signed by Judge David S. Doty on 10/1/2024. (KAD) (Entered: 10/01/2024) |
| 10/29/2024 | 58 | (Text-Only) NOTICE of Cancelation of Sentencing Hearing scheduled for 11/5/24 at 10:30 a.m. as to William Jones. (KAD) (Entered: 10/29/2024) |